HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DIRECT SOURCE SEAFOOD LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AQUA STAR (USA) CORP., a Washington corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:16-cv-00407-RSL<br><br>ORDER EXTENDING DEADLINES |

Pursuant to the foregoing stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the Court's Minute Order Setting Trial Date & Related Dates, Dkt. 29 and the Order Extending Discovery, Settlement Conference, and Dispositive Motions Filing Deadlines, Dkt. 47 are modified as follows:

| | |
|---|---|
| Fact discovery to be completed by | June 2, 2017 |
| Settlement conference held no later than | March 10, 2017 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | June 16, 2017 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted | July 3, 2017 |
| Agreed pretrial order due | July 19, 2017 |
| Trial briefs, proposed voir dire questions, proposed jury | |

STIPULATION AND ORDER TO EXTEND
(Case No. 2:16-cv-00407-RSL) – 1

**focal PLLC**
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| instructions, and trial exhibits due | July 26, 2017 |
| Trial | September 11, 2017 or other date set by the Court |

DATED this 16th day of February, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER TO EXTEND
(Case No. 2:16-cv-00407-RSL) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966