HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIRECT SOURCE SEAFOOD LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AQUA STAR (USA) CORP., a Washington corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:16-cv-00407-RSL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>March 24, 2017 |

Plaintiff Direct Source Seafood LLC ("DSS") and Defendant Aqua Star (USA) Corp. ("Aqua Star") hereby stipulate as follows:

1. DSS filed its Complaint in this action on March 18, 2016, asserting federal and state law claims relating to Aqua Star's use of DSS's CHEF'S NET trademarks. (*See* Dkt. 1.) Aqua Star filed its Answer to DSS's Complaint on April 13, 2016, in which it also asserted a counterclaim for declaratory relief regarding the validity of DSS's CHEF'S NET trademarks. (*See* Dkt. 19.)

2. The parties have agreed to entry of the [Proposed] Permanent Injunction Against Defendant Aqua Star (USA) Corp. in the form attached to the parties' Stipulation for Entry of Permanent Injunction Against Defendant Aqua Star (USA) Corp. and Stipulated Dismissal.

3. The parties have further agreed that, upon entry of the [Proposed] Permanent Injunction Against Defendant Aqua Star (USA) Corp. by the Court, this action—including all

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(Case No. 2:16-cv-00407-RSL) – 1

**focal PLLC**
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

claims and counterclaims asserted therein—shall be dismissed with prejudice and without costs to either party.

SO STIPULATED TO AND AGREED BY:

Dated: March 24, 2017          FOCAL PLLC

By: *s/ Venkat Balasubramani*
    *s/ Stacia N. Lay*
Venkat Balasubramani, WSBA #28269
Stacia N. Lay, WSBA #30594
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com
Email: stacia@focallaw.com

Attorneys for Plaintiff

Dated: March 24, 2017          By: /s/
David L. Prince, CA #113599 *Pro Hac Vice*
Miles L. Prince, CA #298823 *Pro Hac Vice*
1912 East Vernon Ave., Suite 100
Los Angeles, California 90058
Tel: (323) 234-2989
Fax: (323) 234-2619

LANE POWELL PC

By: /s/ David C. Spellman
David C. Spellman, WSBA #15884
1420 Fifth Ave., Suite 4200
Seattle, Washington 98101-2338
Tel: (206) 223-7392
Fax: (206) 223-7107

Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(Case No. 2:16-cv-00407-RSL) – 2

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1 claims and counterclaims asserted therein—shall be dismissed with prejudice and without costs
2 to either party.

3 SO STIPULATED TO AND AGREED BY:

4 Dated: March __, 2017                    FOCAL PLLC

By: /s/ _____
/s/ _____
Venkat Balasubramani, WSBA #28269
Stacia N. Lay, WSBA #30594
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com
Email: stacia@focallaw.com

Attorneys for Plaintiff

13 Dated: March 23, 2017                   By: /s/ _____
David L. Prince, CA #113599 *Pro Hac Vice*
Miles L. Prince, CA #298823 *Pro Hac Vice*
1912 East Vernon Ave., Suite 100
Los Angeles, California 90058
Tel: (323) 234-2989
Fax: (323) 234-2619

LANE POWELL PC

By: /s/ _____
David C. Spellman, WSBA #15884
1420 Fifth Ave., Suite 4200
Seattle, Washington 98101-2338
Tel: (206) 223-7392
Fax: (206) 223-7107

Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(Case No. 2:16-cv-00407-RSL) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

# ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. Having entered the Permanent Injunction Against Defendant Aqua Star (USA) Corp. pursuant to the parties' stipulation for Entry of Permanent Injunction Against Defendant Aqua Star (USA) Corp. and Stipulated Dismissal, this action—including all claims and counterclaims asserted therein—be dismissed with prejudice.

2. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this 28th day of March, 2017.

_____
Robert S. Lasnik
United States District Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
(Case No. 2:16-cv-00407-RSL) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966